# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-19-00112-CV

## In Re Alex E. Jones; InfoWars, LLC; and Free Speech Systems, LLC

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

### M E M O R A N D U M   O P I N I O N

**PER CURIAM**

The petition for writ of mandamus and motion for temporary relief are denied.
*See* Tex. R. App. P. 52.8(a), 52.10.

Before Chief Justice Rose, Justices Triana and Kelly

Filed: March 5, 2019